**Order entered June 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00589-CV

## ESTATE OF ALAN MORGAN HUMPHREY, DECEASED

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-13-2943-3**

## ORDER

Before the Court is appellant's June 19, 2015 request for extension of time to make payment arrangements and file the reporter's record. Because the court reporter is not responsible for preparing and filing the reporter's record until the reporter's fee has been paid or satisfactory payment arrangements have been made, we **GRANT** the request to the extent we **ORDER** appellant to file, no later than June 29, 2015, written verification that she has made satisfactory payment arrangements with the court reporter. *See* Tex. R. App. P. 35.3(b). We caution appellant that failure to timely file the requested verification may result in the appeal being submitted without the reporter's record. *See id.* 37.3(c).

/s/      CRAIG STODDART
         JUSTICE